DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALTON T. McDANIEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0574

_____

October 31, 2025

Appeal from the Circuit Court for Sarasota County; Dana M. Moss,
Judge.

Alton T. McDaniel, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.